UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| D.L., a minor by and through his parents, K.L. and I.L,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SHORELINE UNIFIED SCHOOL DISTRICT,<br><br>　　　　　Defendant. | Case No: C 09-4753 SBA<br><br>**ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE ADMINISTRATIVE RECORD UNDER SEAL**<br><br>[Docket No. 22] |

　　　Presently before the Court is plaintiff's Administrative Motion to File Administrative Record Under Seal ("Application").  Plaintiff requests the administrative record from a matter that took place before the Office of Administrative Hearings be filed under seal because it is replete with the name of plaintiff, a minor, and contains references to confidential special education matters and educational records of plaintiff.  Education records are confidential under the Federal Educational Rights and Privacy Act.  20 U.S.C. § 1232g.

　　　Local Rule 79-5(a) specifies that a sealing order may issue only upon a request that establishes that the document, or portions thereof, is privileged or protectable.  The request must be narrowly tailored to seek sealing only of sealable material, and must conform with Civil L.R. 79-5(b) or (c). Here, Plaintiff's Application is narrowly tailored and complies with L.R. 79-5(b).

　　　Accordingly, Plaintiff's Application is APPROVED.

　　　IT IS SO ORDERED.

Dated:　3/23/10　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Honorable Saundra B. Armstrong