Gregory A. Wedner, SBN 067965
Joseph C. Kinkade, SBN 157836
**LOZANO SMITH**
3843 Brickway Boulevard, Suite 204
Santa Rosa, CA 95403
Telephone:    (707) 591-0637
Facsimile:    (707) 591-0642

Attorneys for Defendant
Shoreline Unified School District

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.L., a minor, by and through his parents, K.L. and I.L.<br><br>Plaintiff,<br><br>vs.<br><br>Shoreline Unified School District<br><br>Defendant. | Case No. C 09-04753 SBA<br><br>**ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO REMOVE DEFENDANT'S INCORRECTLY FILED DOCUMENTS (DOCKET 25-1)** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT Plaintiff's unopposed Administrative Motion to Remove Exhibit 1 from Document 25 on the Docket Is GRANTED.

IT IS SO ORDERED.

DATED: 4/1/10                              By: _____*Saundra B Armstrong*_____
                                                Hon. Judge Saundra Brown Armstrong

---

[PROPOSED] ORDER                                        D.L. a Minor v. Shoreline Unified Sch. Dist.
                                                                CASE NO. C09-04753 SBA

- 1 -