UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| D.L., a minor by and through his parents, K.L. and I.L., <br><br>    Plaintiff, <br><br>    vs. <br><br>SHORELINE UNIFIED SCHOOL DISTRICT, <br><br>    Defendant. | Case No:  C 09-4753 SBA <br><br>**ORDER** <br><br>[Docket Nos. 44, 46] |

   Presently before the Court is Defendant's Administrative Motion for Leave of Court to File Redacted Previously Removed Exhibits (Docket #25-1) and Plaintiff's Administrative Motion to Remove Defendant's Incorrectly Filed Documents - Docket 44, Attachment 2. Plaintiff filed an opposition to Defendant's administrative motion arguing, *inter alia*, the Exhibits are considered Plaintiff's confidential education records pursuant to the Federal Educational Rights and Privacy Act,  20 U.S.C. § 1232g, and should have been filed completely under seal.  Defendant failed to file an opposition to Plaintiff's administrative motion.  Having reviewed the papers filed in connections with these motions, and GOOD CAUSE APPEARING,

   IT IS HEREBY ORDERED THAT:

   (1)   Defendant's Administrative Motion for Leave of Court to File Redacted Previously Removed Exhibits (Docket #25-1) is DENIED WITHOUT PREJUDICE to refiling the Exhibits under seal in accordance with Civil Local Rule 79-5; and

   (2)   Plaintiff's Administrative Motion to Remove Defendant's Incorrectly Filed Documents - Docket 44, Attachment 2 is GRANTED.

   IT IS SO ORDERED.

Dated: May 3, 2010

_____
Honorable Saundra B. Armstrong