UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.L., a minor, by and through his parents, K.L. and I.L., | No. C-09-04753-DMR |
| Plaintiff, | **ORDER SETTING HEARING** |
| v. | |
| SHORELINE UNIFIED SCHOOL DISTRICT, | |
| Defendant. | |

The Court is in receipt of the parties' Joint Stipulation and Request for Court to Set Hearing to Approve Compromise and Release Agreement. Docket No. 71. The hearing on this matter has been set before the Honorable Donna M. Ryu on **January 13, 2011, at 11:00 a.m.,** in Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612.

IT IS SO ORDERED.

Dated: January 7, 2011

DONNA M. RYU
United States Magistrate Judge