UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.L., a minor, by and through his parents, K.L. and I.L.,<br><br>            Plaintiff,<br><br>   v.<br><br>SHORELINE UNIFIED SCHOOL DISTRICT,<br><br>            Defendant.<br>_____/ | No. C-09-04753-DMR<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

At the parties' request, the Court reviewed and considered the parties' Joint Stipulation to Approve Compromise and Release Agreement and the executed version of the parties' Compromise and Release Agreement, and conducted a hearing in open court on January 13, 2011.  The parties and counsel of record were present to explain the terms of the Compromise and Release Agreement, as well as respond to any inquiries from the Court.  The Court now finds that the Compromise and Release Agreement is fair, reasonable, adequate, and in the best interests of the minor child, Plaintiff D.L.

The case is hereby DISMISSED WITH PREJUDICE.  The Court shall retain jurisdiction for the limited purpose of resolving disputes arising out of the Compromise and Release Agreement. The parties through their counsel agreed on the record that this Court has plenary jurisdiction over all such disputes, that this Court's decisions on such disputes shall be final, and that the parties

waive all rights to further review or appeal of this Court's decisions regarding such disputes. In the event of a dispute arising out of the Compromise and Release Agreement, the moving party shall file a motion, memorandum of points and authorities, and supporting evidence. The Court shall then set a briefing schedule. The Court shall have the sole discretion to decide the matter on the parties' written submissions, or determine that oral argument and/or an evidentiary hearing are appropriate.

The Clerk of the Court is directed to close the case file.

IT IS SO ORDERED.

Dated: January 13, 2011

DONNA M. RYU
United States Magistrate Judge